## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KIM QUANG TRAN,**            ) | |
| )  | |
| **Plaintiff,**           ) | |
| )  | |
| v.                                                  ) | |
| )  | No. 06-2532-CM |
| )  | |
| **ALBERTO GONZALES, et al.,**       ) | |
| )  | |
| **Defendants.**         ) | |
| )  | |

## ORDER

Plaintiff brought this case seeking to compel the United States Citizenship and Immigration Services to adjudicate his pending case in an expedited manner. On May 7, 2007, plaintiff's application for permanent residence was approved. Defendants filed a notice suggesting that the case was moot as a result of the approval, and plaintiff asked the court for leave to file supplemental briefing on whether the case is moot. Plaintiff has now advised the court that he will not be filing supplemental briefing on the issue of mootness. The court has reviewed the record and finds that the case should be dismissed as moot for the reasons stated in defendants' response to plaintiff's motion for supplemental briefing. To the extent that defendants' pending motion to dismiss (Doc. 10) is amended and supplemented by defendants' brief on the mootness issue, the court grants defendants' motion to dismiss, but without ruling on any of the other issues presented in defendants' motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. 10) is granted, and the case is dismissed as moot.

Dated this 7th day of June 2007, at Kansas City, Kansas.

                                          **s/ Carlos Murguia**
                                          **CARLOS MURGUIA**
                                          **United States District Judge**